# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CHARLES DAVID BROOKS, #1043239, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:19-CV-577-JDK-KNM |
| | § | |
| ORAN K. LIVELY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. Docket No. 3. The Report and Recommendation of the Magistrate Judge (Docket No. 18) recommended that the action be dismissed with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). The Magistrate Judge further recommended that Plaintiff's motion to proceed *in forma pauperis* (Docket No. 6) be denied. Plaintiff timely filed objections. Docket No. 21.

The Court reviews objected-to portions of the Magistrate Judge's Report and Recommendation de novo. *See* FED. R. CIV. P. 72 and 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court conducting a de novo review examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Having reviewed Plaintiff's objections de novo, the Court concludes that the objections are

1

without merit and that the findings and conclusions of the Magistrate Judge are correct. Accordingly, it is **ORDERED** that Plaintiff's objections are **OVERRULED** and that the Magistrate Judge's Report (Docket No. 18) is **ADOPTED** as the opinion of this Court.  It is further

**ORDERED** that Plaintiff's motion to proceed in forma pauperis (Docket No. 6) is **DENIED**.  It is further

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** for purposes of proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(g)—but without prejudice as to the refiling of his lawsuit without seeking *in forma pauperis* status.  Plaintiff may resume his lawsuit if he pays the entire filing fee of $400 within thirty days after the entry of the final judgment.  It is finally **ORDERED** that all motions not previously ruled on are **DENIED**.

So **ORDERED** and **SIGNED** this **29th**  day of  **June, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE